McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD 21202-1671
Phone: 410.659.4400
Fax: 410.659.4599
www.mcguirewoods.com

Ronald M. Cherry
Direct: 410.659.4410



MCGUIREWOODS

rcherry@mcguirewoods.com
Direct Fax: 410.659.4545

August 14, 2001

VIA HAND DELIVERY

The Honorable Marvin J. Garbis
United States District Court
for the District of Maryland
Garmatz Federal Courthouse, Room 530
101 W. Lombard Street
Baltimore, Maryland 21201

RECEIVED
IN THE CHAMBERS OF
MARVIN J. GARBIS

AUG 1 4 2001

UNITED STATES DISTRICT COURT

Re: Rebecca J. Stiffler v. Paramount Parks, Inc., et al.
    Civil Action No.: MJG 01-2247

Dear Judge Garbis:

Pursuant to Local Rule 105(9)(a), upon approval by the Court, on behalf of Paramount Parks Inc. and Viacom, Inc., I have given my consent to Plaintiff's counsel to extend the time for the filing of the Plaintiff's Response to Paramount Parks Inc. and Viacom, Inc.'s Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a), Federal Rule of Civil Procedures 12(b)(6) Motion to Dismiss for Failure to State a Claim for which Relief can be Granted, and F.R.C.P. 12(b)(6) Motion to Dismiss Count IV for Failure to State a Claim for which Relief can be Granted against Paramount Parks Inc. and Viacom, Inc. The Plaintiff's memoranda in opposition are required to be filed pursuant to Local Rule 105(2)(a) within fourteen days of the service of the motion or by today. Because Plaintiff's lead counsel was recently married and is out of the country, I have agreed, upon approval by the Court, to an extension until August 31, 2001. Pursuant to Local Rule 105(2)(a), I will then file a reply memorandum by Tuesday, September 11, 2001.

If the Court needs any additional filings, both parties will follow the Court's Order. Thank you for your consideration.

Very truly yours,

Ronald M. Cherry

RMC/dmt
cc: Craig D. Spencer, Esq.
    James J. Temple, Esq.