FILED
U.S. DISTRICT COURT
2001 SEP 17 P 3: 04
AT BALTIMORE
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| REBECCA J. STIFFLER, | * | |
| Plaintiff, | * | |
| v. | * | |
| PARAMOUNT PARKS INC.<br>d/b/a Paramount's Kings Dominion<br>and<br>d/b/a Paramount's Kings Dominion<br>Campground<br>and<br>VIACOM, INC.<br>And<br>JOHN DOE, an employee of Paramount<br>Parks, Inc. and/or Viacom, Inc. | *<br><br>*<br><br>*<br><br>*<br><br>* | Civil Case No.:MJG01-2247 |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT ORDER

This matter comes before this Court on the Defendants, Paramount Parks Inc. d/b/a Paramount's Kings Dominion and d/b/a Paramount's Kings Dominion Campground's and Viacom, Inc.'s F.R.C.P. 12(b)(6) Motion to Dismiss Count IV of Plaintiff's Complaint for Failure to State a Claim for which Relief can be Granted and Viacom Inc.'s F.R.C.P. 12(b)(6) Motion to Dismiss for Failure to State a Claim for which Relief can be Granted.

IT IS HEREBY ORDERED and agreed by and between the parties the following:

1.   Paramount Parks Inc. d/b/a Paramount's Kings Dominion and d/b/a Paramount's Kings Dominion Campground's and Viacom, Inc.'s F.R.C.P.

12(b)(6) Motion to Dismiss Count IV of Plaintiff's Complaint for Failure to State a Claim for which Relief can be Granted is GRANTED and Count IV of the Plaintiff's Complaint is DISMISSED with PREJUDICE; and

2. Viacom Inc.'s F.R.C.P. 12(b)(6) Motion to Dismiss for Failure to State a Claim for which Relief can be Granted is GRANTED and Viacom Inc. is DISMISSED with PREJUDICE.

The Clerk is ORDERED to send an attested copy of this Order to all counsel of record.

Enter: 9/17/01

_____
JUDGE, U.S. District Court for the District of Maryland (Baltimore Division)

WE ASK FOR THIS:

_____
Ronald M. Cherry
Federal Bar #07927
Jonathan T. Blank (VSB #38487)
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-4438

Steven C. McCallum (VSB #20626)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1014
Counsel for Paramount Parks Inc. and Viacom Inc.

_____
James J. Temple, Esq.
4071 Leeds Avenue
P. O. Box 7492
Baltimore, Maryland 21227
(410) 247-8400

Craig D. Spencer, Esq.
1210 E. Joppa Road, Suite 200
Towson, Maryland 21286
(410) 821-6617
Counsel for the Plaintiff