FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 13  P 3:48

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUN 12 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| REBECCA J. STIFFLER, | * |
| Plaintiff, | * |
| v. | * |
| PARAMOUNT PARKS INC. | * |
| d/b/a Paramount's Kings Dominion and | |
| d/b/a Paramount's Kings Dominion Campground | * |
| and | |
| JOHN DOE, an employee of Paramount Parks, Inc. | * |
| Defendants. | * |

Civil Case No.:MJG01-2247

\* \* \* \* \* \* \* \* \* \* \* \*

### DISMISSAL ORDER

COMES NOW the Plaintiff, Rebecca Stiffler, by counsel, and the Defendant, Paramount Parks Inc. d/b/a/ Kings Dominion, and d/b/a Paramount's Kings Dominion Campground and John Doe, an employee of Paramount Parks, Inc., by counsel, and having reached a compromise settlement request this Court to dismiss this case with prejudice.

WHEREFORE, this Court hereby ORDERS that this case is DISMISSED WITH PREJUDICE.

The Clerk is Ordered to send an attested copy to all counsel of record.

Enter: 6/12/02

_____
Judge

WE ASK FOR THIS:

_/s/ Jonathan T. Blank_
Jonathan T. Blank (Federal Bar # 6669)
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-4438

Steven C. McCallum (VSB #20626)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1014

_/s/ James J. Temple_
James J. Temple
4071 Leeds Avenue
P.O. Box 7492, Baltimore,
Maryland 21227
410.247.8400

Craig D. Spencer
1210 E. Joppa Road, Suite 200
Towson, Maryland 21286
410.821.6617
Counsel for the Plaintiff

\\COMMERCIAL LIT\jtblank\Dismissal Order(#142133)\v. 1